# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
International Promotional Ideas Inc. ) ASBCA No. 59179
)
Under Contract No. W9128F-13-P-0121 )

APPEARANCE FOR THE APPELLANT: Mr. Jack Rosenfeld
President

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Thomas J. Ingram, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Omaha

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 3 June 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59179, Appeal of International Promotional Ideas Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals